UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-4961-JFW (MRWx)**                               Date: September 28, 2015

Title:      Top Rank, Inc. -v- Alan Haymon, et al.

**PRESENT:**

        HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

    **Shannon Reilly**                                         **None Present**
    **Courtroom Deputy**                                    **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                              None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TAKING UNDER SUBMISSION THE HAYMON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) [filed 8/31/2015; Docket No. 60];

ORDER TAKING UNDER SUBMISSION WADDELL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) [filed 8/31/2015; Docket No. 61]

    The Haymon Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) and the Waddell Defendants' Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) are currently on calendar for October 5, 2015 at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for October 5, 2015 is hereby vacated and the matters are taken off calendar.  The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

    IT IS SO ORDERED.