DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DAVID MARROSO (S.B. #211655)
dmarroso@omm.com
JAMES M. PEARL (S.B. #198481)
jpearl@omm.com
STEPHEN J. MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:   (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for Plaintiff
TOP RANK, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP RANK, INC., | Case No. 2:15-cv-4961-JFW-MRW |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ALAN HAYMON, et al., | |
| Defendants. | |

Plaintiff Top Rank, Inc. and Defendants Alan Haymon, Haymon Boxing LLC, Haymon Sports LLC, Haymon Holdings LLC, and Alan Haymon Development, Inc. hereby stipulate to the dismissal with prejudice of all claims between them in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and subject to the terms of a confidential agreement.

1    Dated: May 18, 2016                    Respectfully submitted,

2                                           By:   */s/ Daniel M. Petrocelli*
                                                  Daniel M. Petrocelli
3
                                            O'MELVENY & MYERS LLP
4
                                            *Lead Attorney for Top Rank, Inc.*
5

6                                           By:   */s/ Michael E. Williams*
                                                  Michael E. Williams
7
                                            QUINN EMANUEL URQUHART
8                                           AND SULLIVAN LLP

9                                           *Lead Attorney for Haymon Sports LLC,*
                                            *Haymon Boxing LLC, and Haymon*
10                                          *Holdings LLC*

11

12                                          By:   */s/ Barry H. Berke*
                                                  Barry H. Berke
13
                                            KRAMER LEVIN NAFTALIS AND
14                                          FRANKEL LLP

15                                          *Lead Attorney for Alan Haymon*

16                                          By:   */s/ Howard Weitzman*
                                                  Howard Weitzman
17
                                            KINSELLA WEITZMAN ISER KUMP
18                                          AND ALDISERT LLP

19                                          *Lead Attorney for Alan Haymon*
                                            *Development, Inc.*
20

21

22

23

24

25

26

27

28

- 2 -

1

## __ATTESTATION__

2          Pursuant to Local Rule 5-4.3.4, I hereby attest that all persons whose

3   signatures are listed herein, and on whose behalf this filing is submitted, concur in

4   this filing's content and have authorized this filing.

5

6          Dated:  May 18, 2016                    Respectfully submitted,

7                                                  By:   */s/ Daniel M. Petrocelli*
                                                        Daniel M. Petrocelli

8                                                  O'MELVENY & MYERS LLP

9                                                  *Lead Attorney for Top Rank, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
2:15-CV-4961-JFW-MRW