# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 15-cv-04961-JFW-MRWx                     Date MAY 19, 2016

Title: Top Rank, Inc. v. Alan Haymon et al

Present: The Honorable John F. Walter

|                           |                           |
|---------------------------|---------------------------|
| S. REILLY                 | NONE                      |
| Deputy Clerk              | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

NOT PRESENT                                NOT PRESENT

Proceedings:    ☐ In Court       ☒ In Chambers       ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  RE: Joint Stipulation to Dismiss Case pursuant to F.R.C.P. 41(a)(1)(A)(ii) [126]- MAKE JS-6

☐ Entered _____.

Initials of Preparer    sr